AKERS

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name AKERS           Montgomery      C
     (Last)            (First)       (Initial)

Prisoner Number 02866-081  U.S. PENITENTIARY MAX

Institutional Address P.O. Box 8500, Florence, CO. 81226

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Montgomery Carl Akers
(Enter the full name of plaintiff in this action.)

vs.

Kathryn H. Vratil
Kim I. Martin
Michael Shute
Christopher Johnson
(Enter the full name of the defendant(s) in this action)
Additional Defendants Attached

Case No. CV 08 2691
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
Title 42 U.S.C § 1983

SBA (PR)

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.  Place of present confinement U.S. Penitentiary - ADX

B.  Is there a grievance procedure in this institution?

    YES (✓)    NO ( )

C.  Did you present the facts in your complaint for review through the grievance procedure?

    YES (✓)    NO ( )

D.  If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                        - 1 -

1. Informal appeal March, 2007 #466866-A1 DENIED, claims I am not being inter- fered with or my legal mail being held

2. First formal level April 17, 2007 (same number) same response

3. Second formal level July 17, 2007 (same number) same response

4. Third formal level February 14, 2008 (same number) same response

E. Is the last level to which you appealed the highest level of appeal available to you?

    YES (X)    NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why._____

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

Montgomery Carl Akers #02866-081
P.O. Box 8500, U.S.P. - ADX
Florence, Co. 81226

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

Kathryn H. Vratil, United States District Judge
Kansas City, Kansas

COMPLAINT      - 2 -

(ADDITIONAL DEFENDANT'S ATTACHED)

1. KIM I. MARTIN, ASSISTANT U.S. ATTORNEY, KANSAS CITY, KS.
2. MICHAEL SHUTE, SUPERVISING U.S. MARSHAL, KCK
3. CHRISTOPHER JOHNSON, DEPUTY U.S. MARSHAL, KCK
4. JAMES KESZEI, SPECIAL AGENT, FEDERAL BUREAU OF INVESTIGATION, KCMO.

III. Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

BEGINING IN OCTOBER, 2005, AND CONTINUING UNTIL MAY, 2007, THE PLAINTIFF WAS THE TARGET BY THE DEFENDANTS, AND EACH OF THEM, IN A PLOT TO HAVE HIM MURDERED AT HIS PLACE OF CONFINEMENT; THE CORRECTIONS CORPORATION OF AMERICA, LEAVENWORTH, KANSAS, DETENTION FACILITY. IN THE AFTERMATH OF THE PLAINTIFF'S DEPARTURE FROM THE LEAVENWORTH DETENTION FACILITY, U.S. FEDERAL BUREAU OF PRISONS EMPLOYEES ENTERED THE FRAY TO COVER-UP THIS PLAN WHICH WAS BEGAN IN THE NORTHERN DISTRICT OF CALIFORNIA AND CONTINUED INTO TWO OTHER FEDERAL DISTRICTS.

IV. Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

INJUNCTIVE RELIEF / SPECIAL DAMAGES / PUNITIVE DAMAGES / DECLARATORY JUDGMENT(S)

COMPLAINT        - 3 -

ATTACHMENT OF CAPTIONED DEFENDANT'S IN CONTINUATION:

Freddy Roy Lawrence, Warden, Leavenworth, Kansas;

Roberta Mundt, Associate Warden, Leavenworth, Kansas;

Kenneth Daugherty, Chief of Security, Leavenworth, Kansas;

Bruce Roberts, Programs Manager, Leavenworth, Kansas;

Rhonda Allen, Unit Manager, Leavenworth, Kansas;

Sandra Elliott, Case Manager, Leavenworth, Kansas;

J. Shields, Mail Monitor, Leavenworth, Kansas;

Jacquelyn E. Rokusek, Special Agent, Olathe, Kansas;



MELISSA DOE, INVESTIGATOR, OLATHE, KANSAS;

CHRISTOPHER SYNSVOLL, LEGAL ADVISOR, FLORENCE, COLORADO;

G.B. CHURCH, CAPTAIN, FLORENCE, COLORADO;

TERESA MONTOYA, LEGAL ADVISOR, FLORENCE, CO.;

TENA ENDLEW, CASE MANAGER, FLORENCE, CO.;

JOSE ARROYO, CASE MANAGER, FLORENCE, CO.;

1
2
3
4

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of _____, 20____

_____
(Plaintiff's signature)

**COMPLAINT** - 4 -

