FILED
08 MAY 28 PM 3:22
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Montgomery Carl Akins
    Plaintiff,

vs.

Kathryn H. Uretil
    Defendant.

CASE NO. CV 08 2691 SBA (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Montgomery Carl Akins, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes ___  No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

APP. TO PROC. IN FORMA PAUPERIS                - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____2-05 / ? (Don't Remember)_____
5  _____
6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9     a.   Business, Profession or           Yes ___  No _X_
10         self employment

11    b.   Income from stocks, bonds,        Yes ___  No _X_
12         or royalties?

13    c.   Rent payments?                    Yes ___  No _X_

14    d.   Pensions, annuities, or           Yes ___  No _X_
15         life insurance payments?

16    e.   Federal or State welfare payments, Yes ___  No _X_
17         Social Security or other govern-
18         ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____

23  3.    Are you married?                   Yes _X_ No ___
24  Spouse's Full Name: _GRAZYNA MARIA AKERS_____
25  Spouse's Place of Employment: _NONE_____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ _N/A_____  Net $ _N/A_____
28  4.   a.   List amount you contribute to your spouse's support: $ _I'm being_
    _restricted by the Bureau of Prisons from doing_
    _so._

APP. TO PROC. IN FORMA PAUPERIS        - 2 -

   b.   List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

   _____

   _____

5. Do you own or are you buying a home?   Yes _X_   No _X_ (NOT SURE)

   Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile? NOT SURE   Yes ___ No ___

   Make _____ Year _____ Model _____

   Is it financed? Yes ___ No ___ If so, Total due: $ _____

   Monthly Payment: $ _____

7. Do you have a bank account? Yes _X_ No ___ (Do not include account numbers.)

   Name(s) and address(es) of bank: _UNKNOWN AT THIS TIME._

   _____

   Present balance(s): $ _?_

   Do you own any cash? Yes _X_ No ___ Amount: $ _UNSURE_

   Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes _X_ No ___

   _UNSURE AT THIS TIME_

8. What are your monthly expenses?

   Rent: $ _NONE_   Utilities: _NONE_

   Food: $ _NONE_   Clothing: _NONE_

   Charge Accounts:

   | Name of Account | Monthly Payment | Total Owed on This Acct. |
   |---|---|---|
   | ? | $ | $ |
   | ? | $ | $ |
   | ? | $ | $ |

APP. TO PROC. IN FORMA PAUPERIS                 - 3 -

1  9.    Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  STEPHEN GTTAN, Attorney @ Law, Las Vegas, NV.
4  $100,000
5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___   No _X_
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11        I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13        I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16 April 20, 08                              _____
17       DATE                                SIGNATURE OF APPLICANT

S. APP. TO PROC. IN FORMA PAUPERIS           - 4 -

Case Number: _____

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months
[prisoner name]
_____ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____  _____
[Authorized officer of the institution]

Date: 04/18/2008
Time: 9:04:21 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: FLX

**CERTIFIED**
APR 16 2008
FCC FLORENCE
FINANCIAL MANAGEMENT

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 02866081 | Living Quarters: | G04-208L |
| Inmate Name: | AKERS, MONTGOMERY CARL | Arrived From: | FLX |
| Current Site Name: | Florence Complex | Transferred To: | |
| Housing Unit: | FLM-G-A | Account Creation Date: | 5/29/2002 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FLM | 11/19/2007 11:11:44 AM | 35 | | | Sales | $0.00 | | $0.49 |
| **Total Transactions:** | | **1** | | | | | | |
| FLX | 11/28/2007 06:05:58 AM | TX112807 | | | Transfer - In from TRUFACS | $0.49 | | $0.49 |
| **Total Transactions:** | | **1** | | | | | | |
| FLM | 11/28/2007 06:05:58 AM | GFLMD546-953 | | | Debt Encumbrance - Released | | $0.49 | |
| **Total Transactions:** | | **1** | | | | | | |
| FLX | 11/28/2007 06:05:58 AM | GFLMD546-84 | | | Debt Encumbrance | | ($0.49) | |
| **Total Transactions:** | | **1** | | | | | | |
| FLM | 11/28/2007 06:05:58 AM | TX112807 | | | Transfer - Out to TRUFACS | ($0.49) | | $0.00 |
| **Total Transactions:** | | **1** | | | **Totals:** | **$0.00** | **$0.00** | |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| FLX | $0.00 | $0.00 | $0.49 | $0.00 | $0.00 | $0.00 | $0.00 | $0.49 |
| **Totals:** | **$0.00** | **$0.00** | **$0.49** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.49** |

Page 2

Date: 04/18/2008
Time: 9:04:22 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: FLX

## General Information

| | | |
|---|---|---|
| Inmate Reg#: | 02866081 | Living Quarters: G04-208L |
| Inmate Name: | AKERS, MONTGOMERY CARL | Arrived From: FLX |
| Current Site Name: | Florence Complex | Transferred To: |
| Housing Unit: | FLM-G-A | Account Creation Date: 5/29/2002 |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max. Balance - Prev. 30 Days | Average Balance - Prev. 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.49 | $0.49 | $0.49 | N/A | N/A |

Page 3

Case 4:08-cv-02691-SBA   Document 3   Filed 05/28/2008   Page 8 of 8



Date: 04/18/2008
Time: 9:04:21 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: FLX

Page 1

Start Date: 10/18/2007
End Date: 04/18/2008
Inmate Reg#: 02866081
Account Status: All
Institution: All