June 19, 2008

FILED

08 JUN 20 PM 1:43

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk's Office
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA. 94102

RE: Civil No. 08-2691 / Akers v.
Urzail, et al.

Dear Clerk,

Please find enclosed my certified account statement in compliance with the Court's order to produce the same of May 28, 2008.

Sincerely,

/s/

Montgomery Carl Akers
Plaintiff, in Pro Se
#02866-081, U.S. Pen/Max
P.O. Box 8500
Florence, Co. 81226

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

Your complaint has been filed as civil case number _____

A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. ____ you did not file an In Forma Pauperis Application.

2. ✓ the In Forma Pauperis Application you submitted is insufficient because:

    ____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

    ____ Your In Forma Pauperis Application was not completed in its entirety.

    ____ You did not sign your In Forma Pauperis Application.

    ✓ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

    ____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

    ____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,
RICHARD W. WIEKING, Clerk

By _____
Deputy Clerk

rev. 11/07

AKERS



Date: 05/02/2008
Time: 8:21:30 am

Facility: FLX

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Start Date: 11/02/2007
End Date: 05/02/2008
Inmate Reg #: 02866081
Account Status: All
Institution: All

Page 1

Date: 05/02/2008
Time: 8:21:31 am

Federal Bureau of Prisons
TRUFACS
Inmate Statement
Sensitive But Unclassified

Facility: FLX

**CERTIFIED**
MAY 02 2008
FCC FLORENCE
FINANCIAL MANAGEMENT

## General Information

| Inmate Reg#: | 02866081 | Living Quarters: | G04-208L |
|---|---|---|---|
| Inmate Name: | AKERS, MONTGOMERY CARL | Arrived From: | FLX |
| Current Site Name: | Florence Complex | Transferred To: | |
| Housing Unit: | FLM-G-A | Account Creation Date: | 5/29/2002 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FLM | 11/19/2007 11:11:44 AM | 35 | | | Sales | $0.00 | | $0.49 |
| **Total Transactions:** | | **1** | | | | | | |
| FLX | 11/28/2007 06:05:58 AM | TX112807 | | | Transfer - In from TRUFACS | $0.49 | | $0.49 |
| **Total Transactions:** | | **1** | | | | | | |
| FLM | 11/28/2007 06:05:58 AM | GFLMD546-953 | | | Debt Encumbrance - Released | | $0.49 | |
| **Total Transactions:** | | **1** | | | | | | |
| FLX | 11/28/2007 06:05:58 AM | GFLMD546-84 | | | Debt Encumbrance | | ($0.49) | |
| **Total Transactions:** | | **1** | | | | | | |
| FLM | 11/28/2007 06:05:58 AM | TX112807 | | | Transfer - Out to TRUFACS | ($0.49) | | $0.00 |
| **Total Transactions:** | | **1** | | | **Totals:** | **$0.00** | **$0.00** | |

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| FLX | $0.00 | $0.00 | $0.49 | $0.00 | $0.00 | $0.00 | $0.00 | $0.49 |
| **Totals:** | **$0.00** | **$0.00** | **$0.49** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.49** |

Page 2

Date: 05/02/2008
Time: 8:21:31 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: FLX

### General Information

Inmate Reg#: 02866081
Inmate Name: AKERS, MONTGOMERY CARL
Current Site Name: Florence Complex
Housing Unit: FLM-G-A

Living Quarters: G04-208L
Arrived From: FLX
Transferred To:
Account Creation Date: 5/29/2002

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max. Balance - Prev. 30 Days | Average Balance - Prev. 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.49 | $0.49 | $0.49 | N/A | N/A |

Page 3

## FINANCIAL CERTIFICATE

I request that an authorized officer of the institution in which I am confined, or other designated entity, such as Inmate Services for the Nevada Department of Prisons (NDOC), complete the below Financial Certificate.

I understand that:

(1) if I commence a petition for writ of habeas corpus in federal court pursuant to 28 U.S.C. § 2254, the filing fee is $5.00, and that such fee will have to be paid by me if the current account balance (line #1 below), or the average account balance (line #2 below), or the average deposits to my account (line #3), whichever is greater, is $20.00 or more;

(2) if I commence a civil rights action in federal court pursuant to 42 U.S.C. § 1983, the filing fee is $350.00, which I must pay in full; and

(a) if my current account balance (line #1 below) is $350.00 or more, I will not qualify for *in forma pauperis* status and I must pay the full filing fee of $350.00 before I will be allowed to proceed with the action;

(b) if I do **NOT** have $350.00 in my account as reflected on line #1 below, before I will be allowed to proceed with an action I will be required to pay 20% of my average monthly balance (line #2 below), or the average monthly deposits to my account (line #3 below), whichever is greater, and thereafter I must pay installments of 20% of the preceding month's deposits to my account in months that my account balance exceeds $10.00 (if I am in the custody of the NDOC, I hereby authorize the NDOC to make such deductions from deposits to my account, and I further understand that if I have a prison job, then the 20% of my paycheck that is guaranteed to me as spendable money will be sent to the court for payment of the filing fee); and

(c) I must continue to make installment payments until the $350.00 filing fee is fully paid, without regard to whether my action is closed or my release from confinement.

Type of action (check one):  X  civil rights          ___ habeas corpus

_Akers, Montgomery_                              _[signature]_ #02866-081
INMATE NAME (printed)                            SIGNATURE & PRISON NUMBER

1. CURRENT ACCOUNT BALANCE                           $0.49

2. AVERAGE MONTHLY BALANCE*                          $0.49

3. AVERAGE MONTHLY DEPOSITS*                         $0.00

4. FILING FEE (based on #1, #2 or #3, whichever is greater)   $0.49

* for the past six (6) months, from all sources, including amount in any savings account that is in excess of minimum amount that must be maintained

I hereby certify that as of this date, the above financial information is accurate for the above named inmate.
(Please sign in ink in a)
(color other than black.)
                                                _[signature]_
                                                AUTHORIZED OFFICER

_5-2-08_                                        _Trust Fund Tech_
DATE                                            TITLE

IFP Motion
rev. eff. 4/9/2006 RJH                    4

<u>Request to Staff Member</u>

April 28, 2008

<u>TO</u>: <u>Julie Gilbert</u>, FCC Finance Office
Florence, Co. 81226

<u>From</u>: <u>Myers, Montgomery</u> # 02866-081
G-B- 4081 ADX

<u>Re</u>: <u>Enclosed Financial Certificate</u>

Dear Mr. Gilbert,

Please find enclosed a financial certificate issued to me by the U.S. District Court, District of Nevada. Please fill it out on my behalf; sign and return it to me.

Thank you.

RECEIVED
08 MAY -2 AM 8:24
FCC FLORENCE
FINANCIAL MANAGEMENT

Name: [illegible]
REG. NO: 02811-091  6-17-08 g/c
U.S. PENITENTIARY MAX
P.O. Box 8500
Florence, CO 81226-8500

COLORADO SPRINGS
CO 809 2 L
19 JUN 2008 PM

Legal
Mail

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA