August 19, 2008

Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA. 94102

RE: Case No. 08-CV-2691 SBA
<u>Akers v. Urstil</u>, et al.

Dear Clerk,

Would you please inform me as to the status of this case here? I submitted my completed In Forma Pauperis about (8) weeks ago, and have heard nothing from this court since.

Thank you.

Sincerely,

[signature]

Montgomery C. Akers, Plaintiff
U.S. Pen / Max, P.O. Box 8500
Florence, CO. 81226



COLORADO SPRINGS
CO 809 1 T
21 AUG 2008 PM

Name: Montgomery Acres
Reg. No: 02816-081
U.S. PENITENTIARY MAX
P.O. BOX 8500
FLORENCE, CO 81226-8500

Legal
Mail

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA.
94102

Administrative Maximum
P.O. Box 8500
Florence, CO 81226-8500

AUG 2 1 2008

The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.