**United States District Court**
**For the Northern District of California**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MONTGOMERY C. AKERS,

         Plaintiff,

  v.

KATHRYN H. VRATIL, et al.,

         Defendants.

_____/

No. C 08-02691 SBA (PR)

**ORDER OF TRANSFER**

      Plaintiff, proceeding pro se, brings this action under Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971), complaining of deprivations of his civil rights.  He has also filed an application for in forma pauperis status.

      The acts complained of occurred primarily in the United States Penitentiary in Leavenworth, Kansas, which lies within the venue of the United States District Court for the District of Kansas.  Defendants also reside in the District of Kansas.  Venue, therefore, properly lies in that district.  28 U.S.C. § 1391(b).

      Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the District of Kansas.  The Clerk of the Court shall transfer the case forthwith.  Plaintiff's application for in forma pauperis is TERMINATED as moot.

      IT IS SO ORDERED.

DATED: 10/16/08

                          _____
                          SAUNDRA BROWN ARMSTRONG
                          United States District Judge

United States District Court
For the Northern District of California

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3

4  MONTGOMERY C. AKERS,                    Case Number: CV08-02691 SBA

5          Plaintiff,                      **CERTIFICATE OF SERVICE**

6      v.

7  KATHRYN H. VRATIL et al,

8          Defendant.
   _____/

9

10 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
   Court, Northern District of California.

11 That on October 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said
   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12 envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
   located in the Clerk's office.

13

14

15 Montgomery Carl Akers 02866-081
   U.S. Penitentiary Max
16 P.O. Box 8500
   Florence, CO 81226

17 Dated: October 17, 2008

18                                         Richard W. Wieking, Clerk
                                           By: LISA R CLARK, Deputy Clerk
19

20

21

22

23

24

25

26

27

28

P:\PRO-SE\SBA\CR.08\Akers2691.Transfer-Kansas.wpd